IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| upon the relation and for the use of the | ) | |
| TENNESSEE VALLEY AUTHORITY, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:11-cv-0313 |
| | ) | |
| AN EASEMENT AND RIGHT-OF-WAY | ) | |
| OVER .15 ACRE OF LAND, MORE OR LESS, | ) | |
| IN SUMNER COUNTY, TENNESSEE, | ) | |
| | ) | |
| GREGORY ODRIC, | ) | |
|    Defendants. | ) | |

## ORDER

Commissioner Chairman William Farmer having resigned and Doug Berry having recently been appointed as a Land Commissioner, the Court hereby amends the Order Appointing Commissioners, Document #5, as follows: Jack Derryberry, Chairman, Dr. Horace Johns and Doug Berry are appointed to serve as Commissioners.

IT IS SO ORDERED.

_____
THOMAS A. WISEMAN, JR.,
Senior U.S. District Judge